IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 11-cr-00314-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. RICHARD FRIEDMAN and
2. AREZOO ERICA GHOLIZADEH,

    Defendants.

## ORDER OF RECUSAL

    This matter is before me on review of the file. Assistant U.S. Attorney James O. Hearty has entered an appearance on behalf of the government in this case. Due to the fact that I occasionally socialize with Mr. Hearty, I must recuse myself from this case. It is therefore

    ORDERED that the judge's file be returned to the clerk's office for the case to be reassigned.

    DATED August 17, 2011.

                                    BY THE COURT:

                                    s/Philip A. Brimmer
                                    PHILIP A. BRIMMER
                                    United States District Judge