UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00314-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. **RICHARD FRIEDMAN** and
2. AREZOO ERICA GHOLIZADEH,

    Defendants.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant Richard Friedman filed a Notice of Disposition in the above matter on August 23, 2011 [ECF No. 11].  Accordingly, a Change of Plea Hearing is **SET** for **Thursday, October 20, 2011 at 3:30 PM.**

    Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:  August 23, 2011